UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CV 12-10768-GHK |
| | ) | (CR 07-1198-GHK) |
| Plaintiff, | ) | ORDER DENYING (1) MOTION |
| | ) | PURSUANT TO 28 U.S.C. |
| vs. | ) | SECTION 2255 AND (2) |
| | ) | DENYING CERTIFICATE OF |
| ANTHONY WASHINGTON, | ) | APPEALABILITY |
| | ) | |
| Defendant. | ) | |

This matter is before us on defendant's motion pursuant to 28 U.S.C. Section 2255. Previously, after we denied defendant's Motion, defendant asserted that he did not file a Reply because he never received the Government's Opposition. Thus, we vacated the denial of the Motion, and granted defendant an opportunity to file his Reply.

We have now fully considered the Motion, the Government's Opposition and the defendant's Reply. Defendant makes much of the Government's failure to present any declarations or other evidence in its Opposition. However, the claims in this Motion can be resolved either on the record as it exists, or as a matter of law.

1  For the reasons set forth in the Government's Opposition, this
2  Motion is DENIED. Defendant's arguments are frivolous. To the extent
3  defendant seeks a certificate of appealability, such request is
4  DENIED. A certificate of appealability shall not issue.
5
6  IT IS SO ORDERED.
7
8  DATED: This 13th day of September, 2013
9
10 _____
11 GEORGE H. KING
   Chief United States District Judge

2