AMY M. KARLIN (Bar No. 150016)
Interim Federal Public Defender
JENNIFER J. UYEDA (Bar No. 238602(
(Email: Jennifer_Uyeda@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-7524
Facsimile: (213) 894-0081

Attorneys for Defendant
ANTHONY WASHINGTON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 07-01198-GHK-TJH |
|---|---|
| Plaintiff, | **ORDER AMENDING JUDGMENT PURSUANT TO SECTION 404 OF THE FIRST STEP ACT [190]** |
| v. | |
| ANTHONY WASHINGTON, | |
| Defendant. | |

Having read and considered the parties' Joint Motion for Reduction of Sentence Pursuant to Section 404 of the First Step Act of 2018, the Court hereby GRANTS that motion. It is ORDERED that:

Defendant's previously imposed sentence of imprisonment is reduced to TIME SERVED. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of five years under the conditions set out in the previous judgment.

DATED: February 24, 2020    By _____
HON. TERRY J. HATTER, JR.
United States District Judge

Presented by:                                   cc: BOP, USPO

 /s/ *Jennifer J. Uyeda*
Jennifer J. Uyeda
Deputy Federal Public Defender